UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  19-00033 |
| GREGORY WHITE | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable LaShonda Hunt |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER VACATING PAYROLL CONTROL ORDER

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notices having been given to the parties entitled thereto:

It is ORDERED:

1) The Amended Order to Employer to Pay the Trustee, Docket #34, is vacated.

2) Titan Security Services Inc., employer of Gregory White, shall immediately cease payroll deductions for monthly payments to the bankruptcy Trustee.

Enter:  *LaShonda A. Hunt*

Honorable LaShonda A. Hunt
United States Bankruptcy Judge

Dated:  May 20, 2019

**Prepared by:**

Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100